United States District Court
Southern District of Texas
**ENTERED**
August 19, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| NOE GARCIA FRANCISCO, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-898 |
| | § | |
| OFFICER IN CHARGE OF THE PORT ISABEL DETENTION FACILITY, *et al.*, | § § | |
| | § | |
| Respondents. | § | |

**ORDER**

The Court has reviewed Petitioner Noe Garcia Francisco's Petition for a Writ of Habeas Corpus (Doc. 1). To facilitate the Court's consideration of the issues that Petitioner raises, it is:

**ORDERED** that by no later than August 31, 2026, Respondents shall file an answer, motion, or responsive pleading to Petitioner Noe Garcia Francisco's Petition for a Writ of Habeas Corpus (Doc. 1).

The Clerk of Court is directed to serve a copy of this Order upon Respondents in accordance with the Memorandum of Understanding.

Signed on August 19, 2026.

Fernando Rodriguez, Jr.
United States District Judge